# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4194

_____

| | | |
|---|---|---|
| Charles Wright, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Northern |
| City of Waterloo, Iowa; Al Bovy, | * | District of Iowa. |
| in his individual and official | * | |
| capacities; Rob Michael, in his | * | [UNPUBLISHED] |
| individual and official capacities, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 12, 2007
Filed: November 19, 2007

_____

Before MELLOY, BEAM and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Charles Wright appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from circumstances surrounding his brief arrest in October 2004. Having carefully reviewed the record and considered Wright's

_____

[1]The Honorable John A. Jarvey, United States Magistrate Judge for the Northern District of Iowa, now United States District Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

arguments, <u>see</u> <u>Larson v. Kempker</u>, 414 F.3d 936, 939 (8th Cir. 2005) (standard of review), we affirm the well-reasoned opinion of the district court.  8th Cir. R. 47B.

_____